1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I STREET, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

FILED

JUN - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06 - CR - 0238 MCE

10 UNITED STATES OF AMERICA,     )
                                 )   CR. No. S-
11          Plaintiff,           )
                                 )   VIOLATIONS: 21 U.S.C. §§ 846
12     v.                        )   & 841(c)(2) Conspiracy to
                                 )   Distribute a Listed Chemical;
13                               )   21 U.S.C. § 841(c)(2) -
                                 )   Distribution of a Listed
14 ARJINDER SINGH,               )   Chemical (6 Counts)
   JASWANT KAUR,                 )
15 SUCHA SINGH, and              )
   GURMINDER SINGH,              )
16                               )
                                 )
17          Defendants.          )
   _____)

18              I N D I C T M E N T

19 COUNT ONE:  [21 U.S.C. §§ 846, 841(c)(2) - Conspiracy to
               Distribute a Listed Chemical]
20
21     The Grand Jury charges:  T H A T

                      ARJINDER SINGH,
22                     JASWANT KAUR,
                     SUCHA SINGH, and
23                   GURMINDER SINGH,

24 defendants herein, beginning at a time unknown to the Grand Jury but

25 not later than on or about August 23, 2005 and continuing thereafter

26 up to and including on or about May 4, 2006, in the County of San

27 Joaquin, State and Eastern District of California, and elsewhere,

28 did unlawfully, intentionally and knowingly conspire with each other

                      1

1  and with other persons, both known and unknown to the Grand Jury, to
2  possess and distribute pseudoephedrine, a List I chemical listed in
3  Title 21, United States Code, Section 802, knowing and having
4  reasonable cause to believe that the listed chemical would be used
5  to manufacture methamphetamine, a Schedule II controlled substance,
6  in violation of Title 21, United States Code, Sections 841(c)(2) and
7  846.
8  COUNT TWO: [21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical]
9       The Grand Jury further charges:  T H A T
10                      ARJINDER SINGH,
11  defendant herein, on August 23, 2005, in the County of San Joaquin,
12  State and Eastern District of California, did knowingly and
13  intentionally distribute pseudoephedrine, a List I chemical listed
14  in Title 21, United States Code, Section 802, knowing and having
15  reasonable cause to believe that the listed chemical would be used
16  to manufacture methamphetamine, a Schedule II controlled substance,
17  in violation of Title 21, United States Code, Section 841(c)(2).
18  COUNT THREE: [21 U.S.C. § 841(c)(2) - Distribution of Listed
                      Chemical]
19
20       The Grand Jury further charges:  T H A T
21                      JASWANT KAUR,
22  defendant herein, on March 1, 2006, in the County of San Joaquin,
23  State and Eastern District of California, did knowingly and
24  intentionally distribute pseudoephedrine, a List I chemical listed
25  in Title 21, United States Code, Section 802, knowing and having
26  reasonable cause to believe that the listed chemical would be used
27  to manufacture methamphetamine, a Schedule II controlled substance,
28  in violation of Title 21, United States Code, Section 841(c)(2).

1  COUNT FOUR: [21 U.S.C. § 841(c)(2) - Distribution of Listed
2                Chemical]

3      The Grand Jury further charges:  T H A T

4                      SUCHA SINGH,

5  defendant herein, on March 16, 2006, in the County of San Joaquin,

6  State and Eastern District of California, did knowingly and

7  intentionally distribute pseudoephedrine, a List I chemical listed

8  in Title 21, United States Code, Section 802, knowing and having

9  reasonable cause to believe that the listed chemical would be used

10 to manufacture methamphetamine, a Schedule II controlled substance,

11 in violation of Title 21, United States Code, Section 841(c)(2).

12 COUNT FIVE: [21 U.S.C. § 841(c)(2) - Distribution of Listed
                 Chemical]
13

14     The Grand Jury further charges:  T H A T

15                     JASWANT KAUR,

16 defendant herein, on March 31, 2006, in the County of San Joaquin,

17 State and Eastern District of California, did knowingly and

18 intentionally distribute pseudoephedrine, a List I chemical listed

19 in Title 21, United States Code, Section 802, knowing and having

20 reasonable cause to believe that the listed chemical would be used

21 to manufacture methamphetamine, a Schedule II controlled substance,

22 in violation of Title 21, United States Code, Section 841(c)(2).

23 COUNT SIX: [21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical]

24     The Grand Jury further charges:  T H A T

25                    GURMINDER SINGH,

26 defendant herein, on April 13, 2006, in the County of San Joaquin,

27 State and Eastern District of California, did knowingly and

28 intentionally distribute pseudoephedrine, a List I chemical listed

1   in Title 21, United States Code, Section 802, knowing and having

2   reasonable cause to believe that the listed chemical would be used

3   to manufacture methamphetamine, a Schedule II controlled substance,

4   in violation of Title 21, United States Code, Section 841(c)(2).

5   COUNT SEVEN: [21 U.S.C. § 841(c)(2) - Distribution of Listed
                Chemical]

6

7        The Grand Jury further charges:  T H A T

8                        GURMINDER SINGH,

9   defendant herein, on May 4, 2006, in the County of San Joaquin,

10  State and Eastern District of California, did knowingly and

11  intentionally distribute pseudoephedrine, a List I chemical listed

12  in Title 21, United States Code, Section 802, knowing and having

13  reasonable cause to believe that the listed chemical would be used

14  to manufacture methamphetamine, a Schedule II controlled substance,

15  in violation of Title 21, United States Code, Section 841(c)(2).

16                                      A True Bill.

17                                      /s/ Signature on file w/AUSA

18                                      _____
                                        FOREPERSON

19

20  McGREGOR W. SCOTT
21  United States Attorney

22

23

24

25

26

27

28

4

No. _ _ _ _ _ _ _ _ _ _ _       2 0 6 - CR - 0 2 3 8 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

ARJINDER SINGH,
JASWANT KAUR,
SUCHA SINGH, and
GURMINDER SINGH

## I N D I C T M E N T

**VIOLATIONS:** 21 U.S.C. §§ 846 & 841(c)(2)  - Conspiracy to
Distribute a Listed Chemical; 21 U.S.C. § 841(c)(2) - Distribution of a
Listed Chemical

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
NIL CANNARZz*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

**ARJINDER SINGH:**
**VIOLATIONS:**

2: 0 6 - CR - 0 2 3 8 MCE

| | |
|---|---|
| COUNT ONE: | 21 U.S.C. § 846 & 841(c)(2) - Conspiracy to Distribute a Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| COUNT TWO: | 21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| ASSESSMENT: | $100 each count. |

---

**JASWANT KAUR:**
**VIOLATIONS:**

| | |
|---|---|
| COUNT ONE: | 21 U.S.C. § 846 & 841(c)(2) - Conspiracy to Distribute a Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| COUNTS III & V: | 21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| ASSESSMENT: | $100 each count. |

---

**SUCHA SINGH:**
**VIOLATIONS:**

| | |
|---|---|
| COUNT ONE: | 21 U.S.C. § 846 & 841(c)(2) - Conspiracy to Distribute a Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| COUNT IV: | 21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| ASSESSMENT: | $100 each count. |

---

**GURMINDER SINGH:**
**VIOLATIONS:**

| | |
|---|---|
| COUNT ONE: | 21 U.S.C. § 846 & 841(c)(2) - Conspiracy to Distribute a Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| COUNTS VI & VII: | 21 U.S.C. § 841(c)(2) - Distribution of Listed Chemical |
| PENALTY: | Not more than 20 yrs. imprisonment, or |
| | Not more than a $250,000 fine, or both |
| | TSR - 3 yrs. |

| | |
|---|---|
| ASSESSMENT: | $100 each count. |