1 BENJAMIN B. WAGNER
  United States Attorney
2 MARY L. GRAD
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2763


FILED
JAN 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:06-CR-238-MCE |
| Plaintiff, | ORDER FOR RETURN OF DEFENDANT PASSPORT |
| v. | |
| SUCHA SINGH, | |
| Defendant. | |

Defendant's period of pretrial release has terminated. With the payment of the special assessment and the fine, defendant will not be subject to any term of court-ordered probation. Accordingly, the Clerk of the Court is directed to return his passport to the defendant.

SO ORDERED.

Date: January 28, 2010

KIMBERLY J. MUELLER
United States Magistrate Judge

1